James B. Lewis, Cal. Bar # 297326
jim@jameslewislawoffice.com
Law Office of James B. Lewis
10940 Wilshire Boulevard, Suite 600
Los Angeles, California 90024-3940
(310) 443-4117 phone
(310) 443-4221 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID M. RIBOT,<br>　　　Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>　　　Defendant. | No. CV 18-07915-SK<br><br>ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

　　　Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d):

　　　IT IS ORDERED that attorney fees and expenses of $5,800.00 as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

DATE: December 6, 2019

_____
HON. STEVE KIM
UNITED STATES MAGISTRATE JUDGE